FILED IN OPEN COURT

*1- 11- 10*

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT FLORIDA
JACKSONVILLE FLORIDA

**UNITED STATES OF AMERICA**
v.
**N&L, INC.**

**CASE NO. 3:09-cr-201-J-34MCR**

**Counsel for Government:**
**Chip Corsmeier**

**Counsel for Defendant:**
**Scott Tulman**

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy: Jodi L. Wiles**
**Court Reporter: Marie Splane          U.S. Probation: Carlos Dawson**

## CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

| | |
|---|---|
| __X__ | The facsimile version of the Corporate Resolution of N&L, Inc. is filed in open court and attached to these minutes. Counsel for Defendant shall file a more legible copy of the resolution by the close of business on January 12, 2010. |
| _____ | United States' witnesses: _____ |
| _____ | Defendant's witnesses: _____ |
| _____ | United States' exhibits filed in evidence:_____ |
| _____ | Defendant's exhibits filed in evidence: _____ |
| __X__ | Plea previously accepted. |
| __X__ | Defendant adjudged guilty on Count__One of the Information_____ |
| _____ | Imprisonment: _____ |
| _____ | Court recommends confinement at: |
| _____ | Court recommends to the BOP that defendant enroll in a residential substance abuse treatment program, pursuant to 18 U.S.C. § 3621(e). |
| _____ | Court recommends to the BOP that defendant enroll in any educational and vocational programs as are available. |
| _____ | Court recommends to the BOP that defendant receive mental health treatment. |
| _____ | Supervised Release:_____ |
| _____ | Probation: _____ |
| __X__ | Special Assessment: **$400.00**_____to be paid immediately. |
| __X__ | Fine:  **$60,412.70**_____ |
| _____ | Special conditions of supervised release/probation: _____ |
| _____ | Defendant shall provide the Probation Officer access to any requested financial information. |
| _____ | Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself  for any major purchases without approval of the Probation Officer. |
| _____ | Defendant shall participate as directed in a program of mental health treatment. |
| _____ | Defendant shall participate as directed in a program for substance abuse treatment. |
| _____ | Defendant shall participate in the Home Detention program for a period of _____days/months. |
| _____ | Defendant shall perform _____ hours of community service as directed by the Probation Officer. |
| _____ | If deported by the Bureau of Immigration and Customs Enforcement (BICE), the Defendant shall not re-enter the United States unless allowed to do so legally. |
| _____ | Mandatory drug testing suspended. Defendant poses a low risk. |
| _____ | Defendant shall cooperate in the collection of DNA as directed by the probation officer. |
| _____ | Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, or vehicle. |
| _____ | Count(s) _____ dismissed on motion of Assistant U.S. Attorney or pursuant to Plea Agreement. |
| _____ | Defendant is remanded to the custody of the U.S. Marshal. |
| _____ | Defendant shall surrender to the designated institution as notified by the U.S. Marshal. |
| __X__ | Defendant advised of right to appeal and to counsel on appeal. |
| _____ | Other:_____ |

DATE: January 11, 2010          TIME: 1:43 p.m. - 2:34 p.m.          TOTAL: 51 Minutes

## CORPORATE RESOLUTION OF M&L, INC.

M&L, Inc., a Florida Business Corporation (the "Corporation"), does hereby take the following action and adopt the following resolutions:

WHEREAS, the Corporation is presently the subject of a grand jury investigation in the United States District Court, Middle District of Florida, for an alleged violation of Title 26, United States Code, Sections 5861 and 7201 on account of the Corporation's failure to make a return on United States Treasury Department Internal Revenue Service Form 8300 to the Internal Revenue Service; and,

WHEREAS, with due deliberation and discussion, the directors, officers and shareholders of the Corporation have determined that it is in the best interest of the Corporation to resolve the grand jury investigation without requiring the United States Attorney's Office for the Middle District of Florida to obtain an indictment alleging the violation of Title 26, United States Code, Sections 5861 and 7201; and,

WHEREAS, with due deliberation and discussion, the directors, officers and shareholders of the Corporation have authorized Min Ming to execute all documents appropriate and necessary to receive the same;

NOW, THEREFORE, it is hereby

RESOLVED, that the Corporation consents to proceed by way of information, to execute all documents related thereto through an authorized representative of the Corporation, and to enter into an agreement with the United States Attorney's Office, Middle District of Louisiana, pursuant to which the Corporation will plead guilty to a

Multiuse Code for United States Code, Sections 6050I and 3203, and Title 26, Code of
Federal Regulations, Section 1.6050I

Dated: July 14, 2009